UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRODERICK BOYD,<br><br>  Plaintiff,<br>v.<br><br>MARK THOMAS QUIGLEY, et al.,<br><br>  Defendants. | CASE NO. 3:17-cv-5869-RJB-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM |

THIS MATTER comes before the Court on the Report and Recommendation of United States Magistrate Judge Theresa L. Fricke. Dkt. 7. The Court has considered the R&R and the remainder of the file herein. Plaintiff has not filed any Objection, nor has Plaintiff responded to an Order to Show Cause or Amend Complaint. *See* Dkt. 6.

THEREFORE, the Court HEREBY ADOPTS the Report and Recommendation (Dkt. 7). The case is DISMISSED WITHOUT PREJUDICE for failure to state a claim.

IT IS SO ORDERED.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 20th day of April, 2018.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM - 2